IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) ) ) | Case No. 23-11258 (JTD) |
| Debtors.¹ | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: D.I. 241** |

### ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN WACHTELL, LIPTON, ROSEN & KATZ AS SPECIAL FINANCE AND CORPORATE COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "***Application***")² of the Debtors for an order authorizing the employment and retention of Wachtell, Lipton, Rosen & Katz ("***Wachtell Lipton***") to serve as special finance and corporate counsel to the Debtors *nunc pro tunc* to the Petition Date; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Application and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and a hearing having been held, if necessary, to consider the relief requested in the Application (the "***Hearing***"); and upon the Goodson Declaration, the

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/mallinckrodt2023. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

RLF1 29699404v.1

Mindlin Declaration, Goodson Retention Declaration and the record of the Hearing and all the proceedings before the Court; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Debtors are authorized, but not directed, pursuant to section 327(e) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, to employ and retain Wachtell Lipton as their special finance and corporate counsel on the terms and conditions set forth in the Application and the Mindlin Declaration, *effective* as of the Petition Date.

3. Wachtell Lipton is authorized to render the following professional services:

    a) representing the Debtors in connection with existing or new financing arrangements, including but not limited to any new financings or refinancings, without duplicating of services of other counsel to the Debtors;

    b) advising the Debtors and the Debtors' boards with respect to their powers and duties, including on corporate governance and board matters, with respect to matters within Wachtell Lipton's scope of responsibility, without duplicating services of other counsel to the Debtors;

    c) performing other legal services related to finance and corporate matters, without duplicating of services of other counsel to the Debtors.

4. Wachtell Lipton shall use reasonable efforts and will coordinate with the Debtors and other retained professionals, including Latham & Watkins LLP, not to duplicate any of the services provided to the Debtors by any of its retained professionals.

5. Wachtell Lipton shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Wachtell Lipton shall make reasonable efforts to comply with the U.S. Trustee's request for information and additional disclosures as set forth in the U.S. Trustee Guidelines, in connection with the Application and any interim and/or final fee application(s) to be filed by Wachtell Lipton in these chapter 11 cases.

6. Wachtell Lipton shall be reimbursed for reasonable and necessary expenses as provided by the U.S. Trustee Guidelines.

7. Notwithstanding any applicability of Bankruptcy Rules 6004(h), 7062, or 9014, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: October 2nd, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 29699404v.1