# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | ) Case No. 23-11258 (JTD) |
| Debtors.[1] | ) (Jointly Administered) |

## DEBTORS' WITNESS LIST FOR HEARING SCHEDULED FOR OCTOBER 4, 2023 AT 1:00 P.M. (PREVAILING EASTERN TIME)

The debtors and debtors in possession in the above-captioned cases (collectively, the "***Debtors***") respectfully file this witness list (the "***Witness List***") identifying the individual(s) that the Debtors may call as witnesses at the hearing to be held on October 4, 2023 at 1:00 p.m. (ET) (the "***Hearing***") before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

The Debtors reserve the right to amend and/or supplement this Witness List at any time prior to the Hearing, to call any of the witnesses on the list below, to call any witness on any other party's witness list (regardless of whether the party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate).

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/mallinckrodt2023. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

## WITNESSES

A. **Alex Orchowski**

1. Mr. Orchowski is a Director of Restructuring Administration at Kroll Restructuring Administration LLC, and is based in New York, New York.

2. The content of Mr. Orchowski's testimony is set forth in the *Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Case on the Prepackaged Joint Plan of Reorganization of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 296] (the "**Orchowski Declaration**") and the *Supplemental Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Case on the Prepackaged Joint Plan of Reorganization of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (the "**Supplemental Orchowski Declaration**") [D.I. 457].

3. Mr. Orchowski will have a copy of the Orchowski Declaration, the Supplemental Orchowski Declaration, and other relevant exhibits.

4. The Debtors do not anticipate that any party will request to cross examine this witness at this time.

B. **Jason Goodson**

1. Mr. Goodson is the Executive Vice President and Chief Strategy and Restructuring Officer of Mallinckrodt plc, and is based in Wentzville, Missouri.

2. The content of Mr. Goodson's testimony is set forth in the *Declaration of Jason Goodson, Executive Vice President and Chief Strategy and Restructuring Officer of the Debtors, in Support of Confirmation of First Amended Prepackaged Joint Plan of Reorganization for Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [D.I. 462] (the "**Goodson Declaration**").

3. Mr. Goodson will have a copy of the Goodson Declaration, and other relevant exhibits.

4. The Debtors anticipate that certain parties objecting may cross examine the witness.

C. **Punit Mehta**

1. Mr. Mehta is a Senior Managing Director at Guggenheim Securities, LLC, and is based in New York, New York.

2. The content of Mr. Mehta's testimony is set forth in the *Declaration of Punit Mehta in Support of Confirmation of the First Amended Prepackaged Joint Plan of Reorganization for Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [D.I. 456] (the "**Mehta Declaration**").

3. Mr. Mehta will have a copy of the Mehta Declaration, and other relevant exhibits.

4. The Debtors anticipate that certain parties objecting may cross examine the witness.

D. **Randall S. Eisenberg**

1. Mr. Eisenberg is a Managing Director at AlixPartners LLP, and is based in New York, New York.

2. The content of Mr. Eisenberg's testimony is set forth in the *Declaration of Randall S. Eisenberg in Support of Confirmation of the First Amended Prepackaged Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [D.I. 461] (the "**Eisenberg Declaration**").

3. Mr. Eisenberg will have a copy of the Eisenberg Declaration, and other relevant exhibits.

4. The Debtors anticipate that certain parties objecting may cross examine the witness.

E. **Mark Adomanis**

1. Mr. Adomanis is an Executive Director at Perella Weinberg Partners LP, and is based in New York, New York.

2. The content of Mr. Adomanis' testimony is set forth in the *Declaration of Mark Adomanis in Support of Plan Confirmation* [D.I. 460] (the "**Adomanis Declaration**").

3. Mr. Adomanis will have a copy of the Adomanis Declaration, and other relevant exhibits.

4. The Debtors anticipate that certain parties objecting may cross examine the witness.

F. **Brendan Hayes**

1. Mr. Hayes is a Senior Managing Director at Guggenheim Securities, LLC, and is based in New York, New York.

2. Mr. Hayes is available to testify via zoom (if acceptable to the Court). The content of Mr. Hayes' testimony is set forth in the *Declaration of Brendan Hayes in Support of Confirmation of the First Amended Prepackaged Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [D.I. 459] (the "**Hayes Declaration**").

3. Mr. Hayes will have a copy of the Hayes Declaration, and other relevant exhibits.

4. The Debtors anticipate that certain parties objecting may cross examine the witness.

Dated: October 2, 2023
Wilmington, Delaware

Respectfully submitted,

/s/ Michael J. Merchant

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Emily R. Mathews (No. 6866)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
  merchant@rlf.com
  steele@rlf.com
  mathews@rlf.com
  steiger@rlf.com

George A. Davis (admitted *pro hac vice*)
Anupama Yerramalli (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:  george.davis@lw.com
  anu.yerramalli@lw.com
  adam.ravin@lw.com
  hugh.murtagh@lw.com

- and -

Jason B. Gott (admitted *pro hac vice*)
Asif Attarwala (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  jason.gott@lw.com
  asif.attarwala@lw.com

*Counsel for Debtors and Debtors in Possession*