# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 23-11258 (JTD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 13, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A:**

- Third Monthly and Final Fee Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Co-Counsel for the Period from August 28, 2023 to November 14, 2023. [Docket No. 758]

- Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 28, 2023 to November 14, 2023. [Docket No. 759]

- Final Fee Application of Wachtell, Lipton, Rosen & Katz for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Finance and Corporate Counsel to the Debtors and Debtors in Possession for the Period from August 28, 2023 to November 14, 2023. [Docket No. 761]

- Final Fee Application of Guggenheim Securities, LLC as Investment Banker to the Debtors and Debtors in Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 28, 2023 to and Including November 14, 2023. [Docket No. 763]

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/mallinckrodt2023. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

On December 13, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) via First Class Mail on Office of the United States Trustee, Attn: Jane Leamy, Linda Richenderfer, 844 King Street Suite 2207, Lockbox 35, Wilmington, DE 19801 (2) to be served via Email on the Fee Application Service List attached hereto as **Exhibit B**:

- Combined Monthly Fee Application of Wachtell, Lipton, Rosen & Katz for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Finance and Corporate Counsel to the Debtors for the Period from August 28, 2023 Through November 14, 2023. [Docket No. 760]

- First Consolidated Monthly Fee Application of Guggenheim Securities, LLC as Investment Banker to the Debtors and Debtors in Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 28, 2023 to November 14, 2023. [Docket No. 762]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 21, 2023

                                       */s/ Tariful Huq*
                                       Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 21, 2023, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

# **Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| The Agents Under The Debtors' Secured Term Facilities | Acquiom Agency Services LLC | Attn: Beth Cesari / Loan Agency<br>950 17th Street<br>Suite 1400<br>Denver CO 80202 | bcesari@srsaquiom.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Alabama Medicaid Agency | Attn: Heather Vega<br>301 Technacenter Dr<br>Montgomery AL 36117 | heather.vega@medicaid.alabama.gov | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Amerisourcebergen Corporation | Attn: Jenn Doyle<br>PO Box 247<br>Thorofare NJ 08086 | | First Class Mail |
| Counsel to Acquiom Agency Services LLC and Seaport Loan Products LLC, as DIP Agent | ArentFox Schiff LLP | Attention: Jeffrey R. Gleit, Allison H. Weiss, Matthew R. Bentley<br>1301 Avenue of the Americas, 42nd Floor<br>New York NY 10019 | jeffrey.gleit@afslaw.com<br>allison.weiss@afslaw.com<br>matthew.bentley@afslaw.com | Email |
| Top 50 Largest Unsecured Creditor | Arizona - AHCCCS | Attn: Jennifer McCray<br>11013 West Broad Street<br>Suite 500<br>Glen Allen VA 23060 | mccrayj@magellanhealth.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Arkansas DMS Pharmacy Program | Attn: David Pinkston<br>11013 West Broad Street<br>Suite 500<br>Glen Allen VA 23060 | dwpinkston@magellanhealth.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Ascent Health Services | Attn: John Robert<br>Schaffhausen Lipo Park<br>Industriestrasse 2<br>Schaffhausen 8207 Switzerland | john.robert@express-scripts.com | First Class Mail and Email |
| Counsel to Wilmington Savings Fund Society, FSB, as indenture trustee | Ashby & Geddes, P.A | Attn: Michael Debaecke<br>500 Delaware Avenue<br>8th Floor<br>Wilmington DE 19899 | mdebaecke@ashbygeddes.com | Email |
| State Attorney General | Attorney General of the State of New York | Attn: Martin A. Mooney<br>Office of the New York State Attorney General<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>Albany NY 12224-0341 | Martin.Mooney@ag.ny.gov | Email |
| Counsel to the Banks Litigation Plaintiffs | Bayard, P.A. | Attn: Neil B. Glassman, Steven D. Adler<br>600 North King Street<br>Suite 400<br>Wilmington DE 19801 | nglassman@bayardlaw.com<br>sadler@bayardlaw.com | Email |
| Top 50 Largest Unsecured Creditor | Bondalti Chemicals S.A. | Attn: Nuno Pacheco<br>Rua Do Amoniaco Portugues #10<br>Quninta Da Industria<br>Estarreja 3860-680 Portugal | nuno.pacheco@cuf-qi.pt | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Opioid Master Disbursement Trust II | Brown Rudnick LLP | Attn: David J. Molton, Gerard T. Cicero<br>7 Times Square<br>New York NY 10036 | dmolton@brownrudnick.com<br>gcicero@brownrudnick.com | Email |
| Counsel to Opioid Master Disbursement Trust II | Brown Rudnick LLP | Attn: Stephen D. Pohl, Jane W. Motter<br>1 Financial Ctr.<br>Boston MA 02111 | spohl@brownrudnick.com<br>jmotter@brownrudnick.com | Email |
| Counsel to McKesson Corporation | Buchalter, A Professional Corporation | Attn: Jeffrey K. Garfinkle<br>18400 Von Karman Avenue, Suite 800<br>Irvine CA 92612 | jgarfinkle@buchalter.com | Email |
| Counsel to McKesson Corporation | Buchalter, A Professional Corporation | Attn: Paul S. Arrow<br>1000 Wilshire Blvd., 15th Floor<br>Los Angeles CA 90017 | parrow@buchalter.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street, Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to the Agent under the Postpetition A/R Facility | Cahill Gordon & Reindel LLP | Attn: Richard A. Stieglitz Jr., Jordan Wishnew<br>32 Old Slip<br>New York NY 10005 | rstieglitz@cahill.com<br>jwishnew@cahill.com | Email |
| Top 50 Largest Unsecured Creditor | California Department of Health Services | Attn: Linh Le<br>DHCS / Pharmacy Benefit Division<br>1501 Capitol Avenue, MS 4604<br>Sacramento CA 95814 | linh.le1@dhcs.ca.gov | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Capgemini America | Attn: Michele Pesanello<br>012663 Collection Center Dr<br>Chicago IL 60693 | michele.pesanello@capgemini.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Cardinal Health | Attn: Grace Hi<br>PO Box 641231<br>Pittsburgh PA 15264 | grace.hipol@cardinalhealth.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Centers For Medicare & Medicaid Services (CMS) | Attn: Kevin Matthew Snell<br>U.S. Department of Justice Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington DC 20005 | kevin.snell@usdoj.gov | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Centers For Medicare & Medicaid Services (CMS) | Attn: President or General Counsel<br>7500 Security Boulevard<br>Baltimore MD 21244 | | First Class Mail |
| Counsel to Cardinal Health | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Terri Jane Freedman<br>One Boland Drive<br>West Orange NJ 07252 | szuber@csglaw.com<br>tfreedman@csglaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Alta Fundamental Advisers LLC | Clark Smith Villazor LLP | Attn: Christopher J. Clark, Jeffrey D. Rotenberg, Sean McMahon<br>250 West 55th Street<br>30th Floor<br>New York NY 10019 | clark@csvllp.com<br>jeffrey.rotenberg@csvllp.com<br>sean.mcmahon@csvllp.com | Email |
| Top 50 Largest Unsecured Creditor | Clarusone Sourcing Services LLP | Attn: Gillian Mur<br>10-12 Russell Square<br>London WC1B 5EH United Kingdom | ar@clarusonesourcing.com | First Class Mail and Email |
| Counsel to Opioid Master Disbursement Trust II | Cole Schotz P.C. | Attn: Justin R. Alberto, Patrick J. Reilley<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | jalberto@coleschotz.com<br>preilley@coleschotz.com | Email |
| Counsel to Opioid Master Disbursement Trust II | Cole Schotz P.C. | Attn: Seth Van Aalten, Anthony De Leo<br>1325 Avenue of the Americas<br>19th Floor<br>New York NY 10019 | svanaalten@coleschotz.com<br>adeleo@coleschotz.com | Email |
| State Attorney General | Commonwealth of Massachusetts Office of the Attorney General | Attn: Gillian Feiner<br>One Ashburton Place<br>Boston  MA 02108 | | First Class Mail |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania, Department of Labor and Industry | Attn: Ryan Starnowsky<br>PO Box 68568<br>Harrisburg PA 17106-8568 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Top 50 Largest Unsecured Creditor | Cotter Corporation | Attn: Catherine Steege<br>c/o Jenner & Block LLP<br>353 N. Clark St<br>Chicago IL 60654 | csteege@jenner.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | CVS Caremark | Attn: Neal Allen Baker<br>1950 North Stemmons Freeway<br>Suite 5010<br>Dallas TX 75207 | | First Class Mail |
| Counsel to Ad Hoc Group of 2025 First Lien Noteholders | Davis Polk & Wardwell LLP | Attn: Darren S. Klein, Aryeh E. Falk, Helen Muhan Zhang<br>450 Lexington Avenue<br>New York NY 10017 | darren.klein@davispolk.com<br>aryeh.falk@davispolk.com<br>helen.zhang@davispolk.com | Email |
| Delaware State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us<br>attorney.general@delaware.gov | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Christina Rojas Bankruptcy Administrator<br>820 N. French Street 8th Floor<br>Wilmington DE 19801 | fasnotify@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Officer Managing Agent Or General Agent<br>820 Silver Lake Boulveard Suite 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |

In re:  Mallinckrodt plc, et al.
Case No. 23-11258 (JTD)

Page 3 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | Email |
| The United States Drug Enforcement Agency | Drug Enforcement Administration | Attn: Registration Section/Odr<br>P.O. Box 2639<br>Springfield VA 22152-2639 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | Express Scripts | Attn: Drew Patterson<br>6625 West 78th St<br>Bloomington MN 55439 | dmpatterson@express-scripts.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Extractas Bioscience | Attn: Ross Murdoch<br>Australia New Zealand Banking Grp LTC<br>Acct 340638<br>Melbourne, Victoria 2013 Australia | ross.murdoch@extractas.com.au | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Florida Agency for Health Care Administration | Attn: Ana Aristizabal<br>2727 Mahan Drive<br>Tallahassee FL 32308 | ana.aristizabal@ahca.myflorida.com | First Class Mail and Email |
| The United States Food and Drug Administration | Food and Drug Administration | Attn: General Counsel<br>1005 Convention Plaza<br>St. Louis MO 63101 | | First Class Mail |
| Counsel to Alta Fundamental Advisers LLC | Gellert Scali Busenkell & Brown LLC | Attn: Ronald S. Gellert, Michael Van Gorder<br>1201 N. Orange Street<br>Suite 300<br>Wilmington DE 19801 | rgellert@gsbblaw.com<br>mvangorder@gsbblaw.com | Email |
| Top 50 Largest Unsecured Creditor | Georgia Dept of Community Health | Attn: Jennifer Mccray<br>11013 West Broad Street<br>Suite 500<br>Glen Allen VA 23060 | mccrayj@magellanhealth.com | First Class Mail and Email |
| Counsel to Ad Hoc First Lien Term Loan Group | Gibson, Dunn & Crutcher LLP | Attn: Scott Greenberg, Michael Cohen, Joseph Zujkowski<br>200 Park Avenue<br>New York NY 10166-0193 | sgreenberg@gibsondunn.com<br>mcohen@gibsondunn.com<br>jzujkowski@gibsondunn.com | Email |
| Counsel to United Equities Company | GLENN AGRE BERGMAN & FUENTES LLP | Attn: Andrew K. Glenn, Kurt A. Mayr, Shai Schmidt, Richard C. Ramirez, Margaret J. Lovric<br>1185 Avenue of the Americas<br>New York NY 10036 | aglenn@glennagre.com<br>kmayr@glennagre.com<br>sschmidt@glennagre.com<br>rramirez@glennagre.com<br>mlovric@glennagre.com | Email |
| Counsel to Deutsche Bank AG New York Branch, as collateral agent | Grayrobinson, P.A. | Attn: Jeffrey M. Schlerf<br>1007 North Orange Street<br>4th Floor #127<br>Wilmington DE 19801 | jeffrey.schlerf@gray-robinson.com | Email |
| Top 50 Largest Unsecured Creditor | Greif Bros | Attn: Darrell Trachsel<br>PO Box 88879<br>Chicago IL 60695 | darrell.trachsel@greif.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Thermo Fisher Scientific Inc. and its divisions and subsidiaries and Cardinal Health | Hiller Law, LLC | Attn: Adam Hiller<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington DE 19801 | ahiller@adamhillerlaw.com | Email |
| Top 50 Largest Unsecured Creditor | Humana Inc | Attn: Lee Groves<br>500 West Main St<br>Louisville KY 40202 | lgroves@humana.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Idaho Health and Welfare | Attn: Wendy Moody<br>4300 Cox Road<br>Glen Allen VA 23060 | wlmoody@magellanhealth.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Indiana Family & Social Service Admin. | Attn: Martha Blair<br>150 West Market Street<br>Suite 300<br>Indianapolis IN 46204 | martha.blair@fssa.in.gov | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Banks Litigation Plaintiffs | Kay Casto & Chaney PLLC | Attn: Steven L Thomas<br>1500 Chase Tower, 15th Floor<br>707 Virginia Street, East<br>Charleston WV 25301 | sthomas@kaycasto.com | Email |
| Top 50 Largest Unsecured Creditor | Kentucky State Treasurer | Attn: Tammy A. Slinker<br>11013 West Broad Street<br>Suite 500<br>Glen Allen VA 23060 | taslinker@magellanhealth.com | First Class Mail and Email |
| Ad Hoc Group of Holders of Certain First Lien and Second Lien Debt (the "Ad Hoc Crossover Group") | Landis Rath & Cobb LLP | Attn: Richard S. Cobb, Matthew R. Pierce, Nicolas E. Jenner<br>919 Market Street, Suite 1800<br>Wilmington DE 19801 | cobb@lrclaw.com<br>pierce@lrclaw.com<br>jenner@lrclaw.com | Email |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: George A. Davis, Anupama Yerramalli, Adam S. Ravin, Hugh K. Murtagh, Christopher J. Kochman<br>1271 Avenue of the Americas<br>New York NY 10020 | george.davis@lw.com<br>anu.yerramalli@lw.com<br>adam.ravin@lw.com<br>hugh.murtagh@lw.com<br>chris.kochman@lw.com | Email |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | Attn: Jason B. Gott, Asif Attarwala<br>330 North Wabash Avenue, Suite 2800<br>Chicago IL 60611 | jason.gott@lw.com<br>asif.attarwala@lw.com | Email |
| Counsel to Bridgeton Landfill, LLC | Lathrop GPM LLP | Attn: Stephen K. Dexter<br>675 15th Street<br>Suite 2650<br>Denver CO 80202 | Stephen.Dexter@lathropgpm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Nueces County, Hays CISD, Cameron County, Hidalgo County and City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Gregg County, City of Frisco, Tarrant County, Dallas County, Lewisville ISD, City of Richardson | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Cypress-Fairbanks ISD, Harris CO ESD # 28, Harris CO ESD # 11, City of Houston, Houston ISD, Montgomery County, Lone Star College System, Houston Comm Coll System, Jefferson County, Harris CO ESD # 09, City of Webster, City of Humble, City of Pasadena, Galveston County, Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Top 50 Largest Unsecured Creditor | Louisiana Department of Health & Hospitals | Attn: David Hassoun<br>15 Cornell Road<br>Suite 2201<br>Latham NY 12110 | hassound@magellanhealth.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Mallinckrodt General Unsecured Claims Trust | Heather Barlow, Solely in Her Capacity as General Unsecured Claims Trustee<br>c/o Robinson & Cole LLP Attn: Jamie Edmonson<br>1201 N. Market St, Suite 1406<br>Wilmington DE 19801 | jedmonson@rc.com | First Class Mail and Email |
| Counsel to Tax Appraisal District of Bell County, Texas, County of Denton, Texas, County of Hays, Texas, Central Appraisal District of Taylor County and County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way, Suite 100<br>PO Box 1269<br>Round Rock TX 78665 | jparsons@mvbalaw.com | Email |
| Top 50 Largest Unsecured Creditor | McKesson Corporation | Attn: Jayme Smith<br>6555 N. State Highway 161<br>Irving TX 75039 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | Michigan DHHS | Attn: Michael Melvin<br>400 S. Pine St<br>Lansing MI 48933 | melvinm3@michigan.gov | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Mikart | Attn: Louis Weber<br>1750 Chattahoochee Ave<br>Atlanta GA 30318 | lweber@mikart.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Mississippi Division of Medicaid | Attn: Katherine Thomas<br>385B Highland Colony Parkway<br>Suite 300<br>Ridgeland MS 39157 | | First Class Mail |

In re: Mallinckrodt plc, et al.
Case No. 23-11258 (JTD)

Page 6 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ad Hoc Group of 2025 First Lien Noteholders | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sophie Rogers Churchill, Echo Yi Qian<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | rdehney@morrisnichols.com<br>srchurchill@morrisnichols.com<br>eqian@morrisnichols.com | Email |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | Email |
| Top 50 Largest Unsecured Creditor | NC Division of Health Benefits | Attn: Chenise Stephens<br>11013 West Broad Street<br>Suite 500<br>Glen Allen VA 23060 | crstephens@magellanhealth.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | New York State Department of Health | Attn: Courtney Suttles<br>15 Cornell Road<br>Suite 2201<br>Latham NY 12110 | suttlesc@magellanhealth.com | First Class Mail and Email |
| Counsel to State of New York | Office of the New York State Attorney General | Attn: Robert J. Rock, Assistant Attorney General<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany NY 12224-0341 | robert.rock@ag.ny.gov | First Class Mail and Email |
| State Attorney General | Office of the South Carolina Attorney General | Attn: Jared Q. Libet, Rebecca M. Hartner<br>P.O. Box 11549<br>Columbia SC 29211-1549 | jlibet@scag.gov<br>rhartner@scag.gov | First Class Mail and Email |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Jane Leamy, Linda Richenderfer<br>844 King Street Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | jane.m.leamy@usdoj.gov<br>Linda.Richenderfer@usdoj.gov | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Ohio Department of Medicaid | Attn: Shari Martin<br>45 Commerce Drive<br>Suite 5<br>Augusta ME 04332 | smartin@changehealthcare.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Oklahoma Health Care Authority | Attn: Bryon Perdue<br>4345 N. Lincoln Blvd<br>Oklahoma City OK 73105 | bryon.perdue@okhca.org | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Optumrx | Attn: Eric Goldstein<br>2300 Main Street<br>Irvine CA 92614 | egoldstein@goodwin.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | PA Dept. of Human Services | Attn: Brittany Starr<br>PO Box 780634<br>Philadelphia PA 19178 | c-bstarr@pa.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to United Equities Company | Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II<br>1007 North Orange Street<br>4th Floor, Suite 183<br>Wilmington DE 19801 | jbarsalona@pashmanstein.com | Email |
| Top 50 Largest Unsecured Creditor | Patheon | Attn: Justin Valdez<br>5900 Martin Luther King Jr Hwy<br>Greenville NC 27834 | justin.valdez@thermofisher.com | First Class Mail and Email |
| Counsel to Ad Hoc Group of Holders of Certain First Lien and Second Lien Debt (the "Ad Hoc Crossover Group") | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Alice Belisle Eaton<br>1285 Avenue of the Americas<br>New York NT 10019 | arosenberg@paulweiss.com<br>aeaton@paulweiss.com | Email |
| Counsel to Ad Hoc Group of Holders of Certain First Lien and Second Lien Debt (the "Ad Hoc Crossover Group") | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Claudia R. Tobler<br>2001 K Street, Nw<br>Washington DC 20006-1047 | ctobler@paulweiss.com | Email |
| Counsel to Richardson Isd, City of Grapevine, Grapevine-Colleyville, Isd, City of Plano, and City of Frisco | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | emccain@pbfcm.com | Email |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Hiram Gutierrez<br>2805 Fountain Plaza Blvd<br>Suite B<br>Edinburg TX 78539 | edinburgbankruptcy@pbfcm.com | Email |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Top 50 Largest Unsecured Creditor | Piramal Critical Care | Attn: Seurgai Kadan<br>3950 Schelden Circle<br>Bethlehem PA 18017 | | First Class Mail |
| Top 50 Largest Unsecured Creditor | Pittsburg Tank and Tower Co | Attn: Michael Robitzsch<br>PO Box 517<br>Henderson KY 42419 | mcr@pttg.com | First Class Mail and Email |
| Counsel to Acquiom Agency Services LLC and Seaport Loan Products LLC, as DIP Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Gregory J. Flasser, Levi Akkerman<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801 | jryan@potteranderson.com<br>gflasser@potteranderson.com<br>lakkerman@potteranderson.com | Email |
| Counsel to Deerfield Partners L.P. and Deerfield Private Design Fund IV, L.P. | Potter Anderson & Corroon LLP | Attn: M. Blake Cleary, L. Katherine Good, Christopher M. Samis, Aaron H. Stulman, Maria Kotsiras<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801-3700 | bcleary@potteranderson.com<br>kgood@potteranderson.com<br>csamis@potteranderson.com<br>astulman@potteranderson.com<br>mkotsiras@potteranderson.com | Email |
| Counsel to Wilmington Savings Fund Society, FSB, as indenture trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, Matthew W. Silverman, Sameer M. Alifarag<br>7 Times Square<br>New York NY 10036 | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>msilverman@pryorcashman.com<br>salifarag@pryorcashman.com | Email |

In re: Mallinckrodt plc, et al.
Case No. 23-11258 (JTD)

Page 8 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Largest Unsecured Creditor | Puerto Rico Medicaid Program | Attn: Carmen Rodriguez<br>Calle Alda 1549 Sector El Cinco<br>San Juan PR 00919 | cleticia@asespr.org | First Class Mail and Email |
| Counsel to the Debtors and Debtors In Possession | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Michael J. Merchant, Amanda R. Steele, & Brendan J. Schlauch<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | collins@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>schlauch@rlf.com | Email |
| Trustee of Mallinckrodt General Unsecured Claims Trust | Robinson & Cole LLP | Attn: Natalie D. Ramsey, Heather L. Barlow<br>1201 N. Market Street, Suite 1406<br>Wilmington DE 19801 | nramsey@rc.com<br>trustee@mnkguctrust.com | Email |
| The Agents Under The Debtors' Secured Term Facilities | Seaport Loan Products LLC | Attn: Jonathan Silverman, General Counsel<br>360 Madison Ave.<br>New York NY 10017 | jsilverman@seaportglobal.com | First Class Mail and Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Legal Department<br>Brookfield Place<br>200 Vesey Street Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission | Securities and Exchange Commission - Headquarters | Secretary of The Treasury<br>100 F Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission | Securities and Exchange Commission - Regional Office | Attn: Legal Department<br>One Penn Center<br>1617 JFK Boulevard Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Senderra Rx Partners | Attn: Bob Wilburn<br>9330 Lyndon B Johnson Fwy<br>Dallas TX 75243 | bob.wilburn@senderrarx.com | First Class Mail and Email |
| Counsel to BRE Delta Industrial Sacramento LP | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road<br>Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Counsel to First Industrial, L.P. | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Top 50 Largest Unsecured Creditor | Source Healthcare Analytics | Attn: Natalia Garcia<br>PO Box 207578<br>Dallas TX 75320 | natalia.garcia2@iconplc.com | First Class Mail and Email |
| Counsel to United BioSource LLC | Stark & Stark | Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | jlemkin@stark-stark.com | Email |

In re: Mallinckrodt plc, et al.
Case No. 23-11258 (JTD)

Page 9 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | First Class Mail and Email |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | First Class Mail and Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | First Class Mail and Email |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov | First Class Mail and Email |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | First Class Mail and Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | First Class Mail and Email |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333 | oag.mediation@maine.gov | First Class Mail and Email |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | First Class Mail and Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | First Class Mail and Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | First Class Mail and Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | First Class Mail and Email |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | First Class Mail and Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | First Class Mail and Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | First Class Mail and Email |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Office of the Attorney General<br>The Capitol | | First Class Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | First Class Mail and Email |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us | First Class Mail and Email |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Melissa L. Van Eck, Jason L. Swartley<br>Strawberry Square<br>15th Floor<br>Harrisburg PA 17101 | jswartley@attorneygeneral.gov<br>mvaneck@attorneygeneral.gov | First Class Mail and Email |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | State of Tennessee - Tenncare | Attn: Toni Chavis<br>310 Great Circle Road<br>Nashville TN 37228 | toni.chavis@tn.gov | First Class Mail and Email |

In re: Mallinckrodt plc, et al.
Case No. 23-11258 (JTD)

Page 12 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Tennessee Attorney General | Attn: Laura L. McCloud, Bankruptcy<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>Po Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | First Class Mail and Email |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.info@vermont.gov | First Class Mail and Email |
| State Attorney General | State of Virginia Attorney General | Attn: Financial Recovery Section<br>Post Office Box 610<br>Richmond  VA 23218-0610 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | First Class Mail and Email |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |
| Counsel to Deerfield Management, Deerfield Partners L.P. and Deerfield Private Design Fund IV, L.P. | Sullivan & Cromwell LLP | Attn: Ari B. Blaut, Brian Hamilton, Benjamin S. Beller<br>125 Broad Street<br>New York NY 10004-2498 | hamiltonb@sullcrom.com<br>blauta@sullcrom.com<br>bellerb@sullcrom.com | Email |
| Top 50 Largest Unsecured Creditor | Sun Pharmaceutical Industries | Attn: Venkateshan Rangachari<br>1061 Mountain Highway<br>Abn 47 100 162 481<br>Boronia, Victoria 3155 Australia | venkateshan.rangachari@sunpharma.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Syneos Health Consulting | Attn: John Olefson<br>PO Box 80368<br>Raleigh NC 27623 | consulting.ar@inventivhealth.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Tanner Industries Inc | Attn: Thomas Hearn<br>PO Box 536300<br>Pittsburgh PA 15253 | thearn@tannerind.com | First Class Mail and Email |

In re:  Mallinckrodt plc, et al.
Case No. 23-11258 (JTD)

Page 13 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Largest Unsecured Creditor | Texas Health & Human Services Commission | Attn: Linda Brumble<br>PO Box 8520, Mail Code 2250<br>4900 N. Lamar<br>Austin TX 78708 | linda.brumble@hhsc.state.tx.us | First Class Mail and Email |
| The Delaware Department of State | The Delaware Department of State | Division of Corporations Franchise Taxes<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_ftax@state.de.us | First Class Mail and Email |
| Counsel to TennCare | TN Attorney General's Office | Attn: Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | First Class Mail and Email |
| Counsel to Endo International plc and its wholly-owned subsidiaries | Togut, Segal & Segal LLP | Attn: Albert Togut, Frank A. Oswald, Kyle J. Ortiz<br>One Penn Plaza<br>Suite 3335<br>New York NY 10119 | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>kortiz@teamtogut.com | Email |
| Counsel to Ad Hoc First Lien Term Loan Group | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier, Kenneth A. Listwak<br>1313 N. Market Street<br>Hercules Plaza, Suite 5100<br>Wilmington DE 19899-1709 | david.fournier@troutman.com<br>ken.listwak@troutman.com | Email |
| Counsel to Thermo Fisher Scientific Inc. and its divisions and subsidiaries | Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne, Maribeth Thomas<br>1500 One PPG Place<br>Pittsburgh PA 15222 | bmanne@tuckerlaw.com<br>mthomas@tuckerlaw.com | Email |
| United States Department of Justice | U.S. Department of Justice | Attn: Bankruptcy Department<br>950 Pennsylvania Ave, Nw<br>Washington DC 20530-0001 | | First Class Mail |
| United States Department of Justice | U.S. Department of Justice | Attn: Mary A. Schmergel<br>Civil Division<br>1100 L Street, NW, Room 7110<br>Washington DC 20005 | mary.schmergel@usdoj.gov | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | United Biosource LLC (UBC) | Attn: John Kiley<br>PO Box 75828<br>Baltimore MD 21275 | john.kiley@ubc.com | First Class Mail and Email |
| United States Attorney for the District of Delaware | United States Attorney For The District of Delaware | Attn: David C. Weiss and Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street Ste 400.<br>Wilmington DE 19801 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| United States of America for the Environmental Protection Agency and the Department of the Interior | United States Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section | Attn: Matthew Indrisano<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington DC 20044 | matthew.indrisano@usdoj.gov<br>alan.tenenbaum@usdoj.gov | First Class Mail and Email |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept of Justice<br>950 Pennsylvania Ave Nw<br>Washington DC 20530-0001 | | First Class Mail |

In re: Mallinckrodt plc, et al.
Case No. 23-11258 (JTD)

Page 14 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Largest Unsecured Creditor | W.R. Grace And Co. | Attn: Brian Graves<br>16335 Collections Center Dr<br>Chicago IL 60693 | brian.graves@grace.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Walgreens Boots Alliance | Attn: Rene Gimenez<br>108 Wilmot Roa<br>Deerfield IL 60015 | generics.reconciliation@wbadev.com | First Class Mail and Email |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>400 6th Street, NW<br>Washington DC 20001 | oag@dc.gov | First Class Mail and Email |
| Counsel to Deutsche Bank AG New York Branch, as collateral agent | White & Case LLP | Attn: Scott Greissman, Andrew T. Zatz, Michele J. Meises<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | sgreissman@whitecase.com<br>azatz@whitecase.com<br>michele.meises@whitecase.com | Email |
| Counsel to the Ad Hoc 2025 Noteholder Group | Wilmington Savings Fund Society, FSB | Attn: GCM<br>500 Delaware Avenue, 11th Floor<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to State of Wisconsin, Department of Health Services | Wisconsin Department of Justice | Attn: Michael D. Morris<br>PO Box 7857<br>Madison WI 53707-7857 | morrismd@doj.state.wi.us | Email |
| Top 50 Largest Unsecured Creditor | Wolseley Industrial Group | Attn: Angela Chapa<br>PO Box 644054<br>Pittsburgh PA 15264 | angela.chapa@ferguson.com | First Class Mail and Email |
| Top 50 Largest Unsecured Creditor | Zinc Health Services | Attn: Neal Allen Baker<br>1950 North Stemmons Freeway<br>Suite 5010<br>Dallas TX 75207 | | First Class Mail |

**Exhibit B**

# Exhibit B
Fee Application Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Ad Hoc Group of 2025 First Lien Noteholders | Davis Polk & Wardwell LLP | darren.klein@davispolk.com<br>aryeh.falk@davispolk.com<br>helen.zhang@davispolk.com |
| Counsel to Ad Hoc First Lien Term Loan Group | Gibson, Dunn & Crutcher LLP | sgreenberg@gibsondunn.com<br>mcohen@gibsondunn.com<br>jzujkowski@gibsondunn.com |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | george.davis@lw.com<br>anu.yerramalli@lw.com<br>adam.ravin@lw.com<br>hugh.murtagh@lw.com<br>chris.kochman@lw.com |
| Counsel to the Debtors and Debtors In Possession | Latham & Watkins LLP | jason.gott@lw.com<br>asif.attarwala@lw.com |
| Office of the United States Trustee | Office of the United States Trustee | jane.m.leamy@usdoj.gov<br>Linda.Richenderfer@usdoj.gov |
| Counsel to Ad Hoc Group of Holders of Certain First Lien and Second Lien Debt (the "Ad Hoc Crossover Group") | Paul, Weiss, Rifkind, Wharton & Garrison LLP | arosenberg@paulweiss.com<br>aeaton@paulweiss.com |
| Counsel to the Debtors and Debtors In Possession | Richards, Layton & Finger, P.A. | collins@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>schlauch@rlf.com |

In re: Mallinckrodt plc, *et al.*
Case No. 23-11258 (JTD)