# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: **Chapter 11**
*In re:* :
: **Case No. 23-11258 (JTD)**
**MALLINCKRODT PLC,** *et al.*, :
: **Jointly Administered**
:
Reorganized Debtor[1]. : Re: Docket Nos. 766
---------------------------------------------------------------x

## FEE EXAMINER'S FINAL REPORT REGARDING
## FINAL FEE APPLICATION REQUEST OF
## KROLL RESTRUCTURING ADMINISTRATION LLC

Direct Fee Review LLC ("DFR"), appointed and employed as the Fee Examiner in the above-captioned bankruptcy proceedings and acting in its capacity regarding the Final Fee Application Request of Kroll Restructuring Administration LLC (the "Firm") for compensation for services rendered and reimbursement of expenses as Administrative Advisor to the Debtors for the compensation period from August 28, 2023 through November 14, 2023 ("Fee Application") seeking approval of fees in the amount of $216,550.67 and the reimbursement of expenses in the amount of $342.00, submits its final report.

## BACKGROUND

1. In performance of audit procedures and in preparation of this report designed to quantify and present factual data relevant to the requested fees, disbursements and expenses contained herein, DFR reviewed the monthly fee statements and the Applications,

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On December 7, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in such chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/mallinckrodt2023. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

including each of the billing and expense entries listed in the exhibits to the monthly statements, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2023 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued June 11, 2013 ("Guidelines").

2. DFR did not prepare informal memos related to monthly fee applications of the Firm. We have included our questions and issues in this report. We have included all responses and any recommended resolutions in this final report.

## DISCUSSION

3. For the compensation period of August 28, 2023 through November 14, 2023 the Firm submitted monthly fee applications in the amount of $216,550.67 as actual, reasonable and necessary fees and for expense reimbursement of $342.00. We noted that for the Fee Application period, $475.50 was disclosed as related to fee application preparation.

4. We deem it generally acceptable to have a maximum of 3% of total time charged in preparing fee applications. For Firms with more limited involvement, we consider an alternative standard of less than $50,000 in total spent on preparing fee applications. We apply these guidelines on a cumulative basis. We evaluate these charges with consideration to the length of time of the case and the practice experience of the firm. In each application we review every entry for substance and to determine the correct allocation without regard for materiality. We noted that cumulatively through this period the Firm has charged $475.50 related to fee applications on a cumulative basis and we

have calculated that 0.2% of the fees billed related to fee applications on a cumulative basis. We do not have an objection to the amount of fees charged for fee application preparation in this fee application based upon our review and procedures and we deem the amount to be reasonable.

5. Our procedures applied to the monthly fee applications for identified entries where an unusual amount of time has been charged. We requested that the Firm review these entries and provide information related to the time charged for these entries. The Firm explained the background to these entries and how the nature of the work for these timekeepers included full days on the same task. Also, the Firm confirmed that the time charged did not exceed the actual time worked. Since no adjustment is required, no exhibit has been included.

6. Our review and procedures applied to the monthly fee statements and the applications, including each of the billing entries listed in the exhibits to the monthly statements did not disclose any other material issues or questions.

## CONCLUSION

7. Regarding the application and the fees and expenses discussed in the previous sections, DFR submits its Final report for the Final Fee Application Request of Kroll Restructuring Administration LLC for compensation for services rendered and reimbursement of expenses as Administrative Advisor to the Debtors for the compensation period from August 28, 2023 through November 14, 2023 and we recommend the approval of the fees of $216,550.67 and reimbursement of expenses in the amount of $342.00.

Respectfully submitted,

**DIRECT FEE REVIEW LLC**
**FEE EXAMINER**

By:  _____
D. F. Oliver

24A Trolley Square #1225
Wilmington, DE 19806-3334
Telephone: 415.226.9618
dfr.dfo@gmail.com